Opinion issued December 3, 2015



In The

# Court of Appeals

For The

## First District of Texas

———————————————

## NO. 01-15-00700-CR

———————————————

## LEROY EDWARD JANECKA, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the 2nd 25th District Court
### Colorado County, Texas
### Trial Court Case No. 15-042 Counts II, III, IV

---

## MEMORANDUM OPINION

Appellant, Leroy Edward Janecka, Jr., has filed a corrected motion to dismiss his appeal, which he and his attorney have signed. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal, and more than ten days have

passed and the State has not responded or otherwise expressed opposition to the motion. *See* TEX. R. APP. P. 10.3(a)(2), 42.2(a).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.
Do not publish.   TEX. R. APP. P. 47.2(b).